UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| ELON WILSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case#1:21-cv-800 |
| | ) |
| FAIRFAX COUNTY, *et al*. | ) |
| | ) |
|     Defendants. | ) |

NOTICE OF DISMISSAL WITH PREJUDICE

The parties having resolved their differences giving rise to this lawsuit, plaintiff Elon Wilson dismisses his complaint and all his claims against all defendants with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

ELON WILSON

By counsel

Dated:   October 7, 2021

Counsel for Plaintiff:

//s// Victor M. Glasberg
Victor M. Glasberg, #16184
Nickera S. Rodriguez, #95952
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314
703.684.1100 / Fax: 703.684.1104
vmg@robinhoodesq.com
nsr@robinhoodesq.com
WilsonElon\Pleadings\2021-1007NDismissal

//s// Marvin D. Miller
Marvin D. Miller, #1101
1203 Duke Street
Alexandria, VA 22314
703.548.5000 / Fax 703.739.0179
ofc@mdmillerlaw.com

Certificate of Service

    I, Victor M. Glasberg, hereby certify that on this 7th day of September, 2021, I filed the foregoing Notioce of Dismissal with the ECF system of the court clerk, and also emailed a copy to presumptive counsel for the defendants who have not yet been served:

        Kimberly P. Baucom, Esq.
        County Attorney's Office
        kimberly.pacebaucom@fairfaxcounty.gov

        //s// Victor M. Glasberg
        Victor M. Glasberg, #16184
        Victor M. Glasberg & Associates
        121 S. Columbus Street
        Alexandria, VA  22314
        703.684.1100 / Fax: 703.684.1104
        vmg@robinhoodesq.com

        Counsel for Plaintiff